(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

RECEIVED
BV
AUG 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1) Johnny Lopez 459748
(Name of Plaintiff)   (Inmate Number)

1181 Paddock Road
(Complete Address with zip code)
Smyrna, DE 19977

(2) Johnny Lopez 459748
(Name of Plaintiff)   (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

07 - 527

(Case Number)
( to be assigned by U.S. District Court)

vs.

(1) Timothy Martin
(2) Maria Lyons
(3) C/O Ms Morgan
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

• Jury Trial Requested

I. PREVIOUS LAWSUITS

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

This "07-3230 (CMH)" case is in the Third Circuit Court.

_____
_____
_____
_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • •(Yes)• • No

C. If your answer to "B" is Yes:

1. What steps did you take? Grievance and I also Complain to the Warden of the Institution

2. What was the result? They were all denied

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Timothy Martin
Employed as Para legal at D.C.C
Mailing address with zip code: 1181 Paddock Road D.C.C Smyrna, DE 19977

(2) Name of second defendant: Maria Lyons
Employed as Para Legal at 1181 Paddock Rd
Mailing address with zip code: D.C.C Smyrna DE 19977

(3) Name of third defendant: C/O Mrs Morgan
Employed as Property Officer at D.C.C
Mailing address with zip code: 1181 Paddock

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

1#2 On 8-4-2006 The district court of Delaware denied my habeas corpus because I did not use memorandum of the law. The reason I did is because Paralegal Timothy Martin and Maria Lyons refuse to give me cases to help me fight my conviction. When I did get some cases, they were the wrong cases that was not related to my case. They also refuse to give me the Delaware law book. When I ask for something pertaining to cases they say they don't have it. On 4-24-2007 The Court of Appeals for the Third Circuit denied my appeal for the same reason. On 8-7-2007 I file a petition for a Writ of Certiorari to the United States Supreme Court with no memorandum of the law on the charges with possession with the intent to delivery and trafficking cocaine and for the unconstitution of the Jury Select, because the Paralegal Timothy Martin refuse to give me cases on the law to fight my conviction.

(3) On 7-23-2004 when I came to this prison, Mrs. Morgan refuse to give me all my legal documents that I brought with me from Gander Hill prison. On 2-6-2006 I moved from one building to another and the property officer took all my legal documents again. When Mrs. Morgan came to give me my property back they kept all my legal material the ones I need to fight my legal conviction. They said I was not allowed to get those paper.

3A    JL

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. See attached paper

2.

3.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want MR Martin suspended indefinatly without pay from the institution.

3

2. I want Maria Lyons Suspended indefinatly without Pay from the institution.

3. I want Mrs. Morgan Suspended indefinally without Pay from the institution.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27 day of AUGUST, 2007.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



United States District
Court 844 N King Street
Lockbox 18
Wilmington, DE
19801-3570

IM: JOHNNY LOPEZ
SBI# 459748 UNIT C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977