In The United States District Court for The District of Delaware

2007 OCT 29 PM 3:42

Johnny Lopez    Plaintiff

v

Timothy Martin   Defendants

Civil Action No. 07-527 GMS

Motion for the Indegent

On October 11, 2007 the district court order me to pay $350.00 for this case. I want to inform the court that I've been in prison for over 4 years and I do not get or have any sources of income so I request to this Honorable Court to please grant my motion for the indegent because I have no way to pay this $350.00

Respectfully yours

[signature]

D.C.C  1181 Paddock Road
Smyrna, DE 19977

10/25/07

I/M Johnny Lopez
SBI# 459748 UNIT- C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
26 OCT 2007 PM 3 T

To office of the Clerk
U.S. District Court
844 N. King Street, Lock
box Wilmington DE
19801-3570



# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Johnny Lopez   SBI#: 459748

FROM: Mercedes Vallin

RE: **6 Months Account Statement**

DATE: 10/19/07

---

*Attached are copies of your inmate account statement for the months of*
April 2007 *to* September 2007.

*The following indicates the average daily balances.*

**FILED**
OCT 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| **MONTH** | **AVERAGE DAILY BALANCE** |
|---|---|
| Apr | .00 |
| May | .00 |
| Jun | .00 |
| Jul | .00 |
| Aug | .00 |
| Sept | .00 |

Average daily balances/6 months: $ .00

Attachments
CC: File

*Mercedes Vallin*

*Jeanette R. Haw*
10/19/07

Date Printed: 10/19/2007

## Individual Statement
## From April 2007 to September 2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | $0.00 |
|---|---|---|---|---|---|---|---|
| 00459748 | Lopez | Johnny | | | | Ending Month Balance: | $0.00 |
| Current Location: | C | | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 4/20/2007 | $0.00 | $0.00 | ($4.20) | $0.00 | 417802 | | 3/20/07 | INDIGENT 5/2/07 |
| Supplies-MailPosta | 5/8/2007 | $0.00 | $0.00 | ($3.46) | $0.00 | 425815 | | INDIGENT 5/2/07 | |
| Supplies-MailPosta | 5/22/2007 | $0.00 | $0.00 | ($6.65) | $0.00 | 431346 | | 5/1/07 | |
| Supplies-MailPosta | 5/22/2007 | $0.00 | $0.00 | ($6.65) | $0.00 | 431347 | | 5/1/07 | |
| Supplies-MailPosta | 5/22/2007 | $0.00 | $0.00 | ($5.00) | $0.00 | 431354 | | 5/1/07 | |
| Supplies-MailPosta | 6/12/2007 | $0.00 | $0.00 | ($3.58) | $0.00 | 442006 | | INDIGENT 6/6/07 | |
| Supplies-MailPosta | 7/16/2007 | $0.00 | $0.00 | ($3.58) | $0.00 | 456856 | | INDIGENT 7/14/07 | |
| Supplies-MailPosta | 8/7/2007 | $0.00 | $0.00 | ($1.54) | $0.00 | 467834 | | 8/3/07 | |
| Supplies-MailPosta | 8/7/2007 | $0.00 | $0.00 | ($1.54) | $0.00 | 467838 | | INDIGENT 7/30/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($6.30) | $0.00 | 473238 | | 8/7/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($2.19) | $0.00 | 473487 | | 8/7/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($1.82) | $0.00 | 476971 | | 8/21/07 | |
| Medical | 9/7/2007 | $0.00 | ($4.00) | $0.00 | $0.00 | 483550 | | 8/28/07 | |
| Supplies-MailPosta | 9/10/2007 | $0.00 | $0.00 | ($3.58) | $0.00 | 484336 | | INDIGENT 9/5/07 | |
| Supplies-MailPosta | 9/11/2007 | $0.00 | $0.00 | ($1.82) | $0.00 | 485150 | | 8/28/07 | |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: ($28.00)
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($231.76)