IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHNNY LOPEZ, )<br>        Plaintiff, )<br>        v. )<br>TIMOTHY MARTIN, MARIA LYONS, )<br>and C/O MRS. MORGAN, )<br>        Defendants. ) | Civil Action No. 07-527-GMS |

**ORDER**

WHEREAS, the plaintiff, Johnny Lopez ("Lopez"), filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on October 11, 2007, the court entered an order denying Lopez's motion for leave to proceed *in forma pauperis* because Lopez had three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant complaint does not allege an imminent threat of physical injury (D.I. 1, 4);

WHEREAS, Lopez was given thirty (30) days from the date of the order to pay the $350.00 filing fee and warned that if payment was not made his case would be dismissed (D.I. 4);

WHEREAS, rather than pay the filing fee Lopez filed a motion for the indigent, asked that his motion be granted, and that he be relieved from paying the $350.00 filing fee (D.I. 5);

WHEREAS, to date, payment has not been received from Lopez and he is required to pay the filing fee pursuant to 28 U.S.C. § 1915(g);

THEREFORE, at Wilmington this 26th day of Nov, 2007, IT IS HEREBY ORDERED that Johnny Lopez's complaint is DISMISSED WITHOUT PREJUDICE.

CHIEF, UNITED STATES DISTRICT JUDGE



FILED

NOV 2 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE