OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



December 28, 2007

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

Re: Lopez v. Martin, et al.
DDE  No. 07-cv-00527

Dear Mr. Dalleo:

Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal from the District Court order entered November 26, 2007 which was filed with this office in error.  See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  **The notice was postmarked December 24, 2007 and should be docketed as of that date.**

This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  Upon receipt of the document, kindly process it according to your Court's normal procedures.  If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court.  This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

Thank you for your assistance in this matter.

Very truly yours,
Marcia M. Waldron, Clerk

By:    /s/ Patricia S. Dodszuweit
       Chief Deputy Clerk

Enclosure
cc: Johnny Lopez (w/out enclosure)

NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

KL
DEC 27

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: _07-527-GMS_

_JOHNNY LOPEZ_

v.

DISTRICT COURT
JUDGE: _Gregory M. Sleet_

_TIMOTHY MARTIN, MARIA LYONS,
AND C/O MRS. MORGAN_

Notice is hereby given that _JOHNNY LOPEZ_
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order,

[ ] Other (specify) _DISMISSED_

entered in this action on _22/12/07_
(date)

Dated: _22/12/07_

_____
(Counsel for Appellant-Signature)

_JOHNNY LOPEZ_
(Name of Counsel - Typed)

_1181 PADDOCK ROAD_
(Address)

_SMYRNA, DE 19977_
(City, State Zip)

_____
(Telephone Number)

_____
(Counsel for Appellee)

_____
(Address)

_____
(City, State Zip)

_____
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

IM Johnny Lopez
SBI# 457748  UNIT C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

RECEIVED DEC 27 2007



WILMINGTON DE 197
24 DEC 2007 PM 2 L

To office of The Clerk
U.S. Court of Appeals
21400 U.S. Courthouse 601
Market Street Philadelphia
PA 19106

19106/1790

