## NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

KL
DEC 27

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

JOHNNY LOPEZ

DISTRICT COURT
DOCKET NUMBER: 07-527-GMS

v.

DISTRICT COURT
JUDGE: Gregory M. Sleet

TIMOTHY MARTIN, MARIA LYONS,
AND C/O MRS. MORGAN

Notice is hereby given that ___ JOHNNY LOPEZ ___
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order,
[ ] Other (specify) __DISMISSED__

entered in this action on 22/12/07 (date)

Dated: 22/12/07

_____
(Counsel for Appellant-Signature)

JOHNNY LOPEZ
(Name of Counsel - Typed)

1181 PADDOCK ROAD
(Address)

SMYRNA, DE 19977
(City, State Zip)

_____
(Telephone Number)

_____
(Counsel for Appellee)

_____
(Address)

_____
(City, State Zip)

_____
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.



IM Johnny Lopez
SBI# 457748 UNIT C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

RECEIVED DEC 27 2007

WILMINGTON DE 197
24 DEC 2007 PM 2 L

To Office of The Clerk
U.S. Court of Appeals
21400 U.S. Courthouse 601
Market Street Philadelphia
PA 19106

19106/1730