# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

08-1104

Lopez v. Martin, et al

07-cv-00527

# O R D E R

Pursuant to Fed. R. App. P. 3(a) of the Federal Rules of Appellate Procedure and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant/petitioner failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

DATED: May 5, 2008

cc: Mr. Johnny Lopez
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977-0000

Judy O. Hodas
Department of Justice
820 North French Street
Carvel Office Building, 6th Floor
Wilmington, DE 19801-0000

**A True Copy:**

*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

OFFICE OF THE CLERK

| MARCIA M. WALDRON | U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small> | TELEPHONE |
|---|---|---|
| CLERK | FOR THE THIRD CIRCUIT | 215-597-2995 |

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Clerk of District Court        Date  **May 5, 2008**
(District of Delaware**)**

  **Lopez v. Martin**              Appeal No.  08-1104
     (Caption)


**Johnny Lopez**
    ( Appellant)

**D.C. Docket No.  07-cv-0052**


Enclosures:


      **May  5,  2008**    **Certified copy of C. of A.  Order filed by the Court.**


\_\_\_\_\_      Copy of this form to acknowledge receipt and return to C. of A.



                                                        **Carolyn Hicks**     **(267)-299-4926**
                                                         Deputy Clerk    Telephone Number


Receipt Acknowledge:


   (Name)


   (Date)




R:\2008\1104\recordrelease.wpd